IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WOUNDED WARRIOR PROJECT, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-5565 |
| v. | : | |
| KEYSTONE WOUNDED WARRIOR, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 26th day of June, 2015, it is hereby **ORDERED** that the court will hold a telephone conference on **Monday, June 29, 2015**, at **9:30 a.m**. Counsel for the plaintiff shall initiate the call and contact the undersigned through his civil deputy at (610) 333-1833 after all parties are present on the call.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.