IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WOUNDED WARRIOR PROJECT, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-5565 |
| | : | |
| v. | : | |
| | : | |
| KEYSTONE WOUNDED WARRIOR, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 29th day of June, 2015, after a telephone conference with counsel, it is hereby **ORDERED** as follows:

1.     The conference currently set for Tuesday, July 7, 2015, at 10:00 a.m. (Doc. No. 23) is **CANCELED**; and

2.     The court will hold a telephone conference on **Thursday, July 16, 2015**, at **9:30 a.m**. Counsel for the plaintiff shall initiate the call and contact the undersigned through his civil deputy at (610) 333-1833 after all parties are present on the call.

BY THE COURT:



_____
EDWARD G. SMITH, J.